IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Biong Deng,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales, Attorney General,<br><br>　　　　Respondent. | No. CV 06-0971-PHX-EHC (JCG)<br><br>**REPORT AND RECOMMENDATION** |

On April 5, 2006, Petitioner Biong Deng, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging that immigration officials are holding him in detention pending his removal to Sudan, but that his removal cannot be effected. Petitioner sought his immediate release from custody on the grounds that his indefinite detention with no prospect that his removal would be effected in the reasonably foreseeable future was not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept the alien's return in the reasonably foreseeable future, the immigration laws do not permit the INS to detain the alien indefinitely; rather, the INS has the authority to detain aliens only for a reasonable time beyond the normal 90-day statutory removal period).

On August 1, 2006, Respondent filed a Suggestion of Mootness (Doc. 9) indicating that Petitioner was released on July 7, 2006, under an Order of Supervision. The Respondent

1  argues the case is now moot. Petitioner failed to timely respond to the Suggestion of Mootness.

2  On August 3, 2006, mail sent to Petitioner by this Court was returned as
3  undeliverable. This Court previously advised Petitioner that he must file a notice of change
4  of address within ten (10) days of the date his move is effective (Doc. No. 4). The Court also
5  advised Petitioner that failure to comply with the Court's order would result in dismissal
6  without further notice.

## RECOMMENDATION

8  The Magistrate Judge recommends that the District Court, after its independent review
9  of the record, enter an order DISMISSING the Petition for Writ of Habeas Corpus as MOOT.

10  Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within
11  10 days of being served with a copy of this report and recommendation. If objections are not
12  timely filed, they may be deemed waived. If objections are filed, the parties should use the
13  following case number: CV 06-0971-PHX-EHC.

14  DATED this 16th day of August, 2006.

_____
Jennifer C. Guerin
United States Magistrate Judge