IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Biong Deng, | ) | No. CIV 06-971-PHX-EHC (JCG) |
| Petitioner, | ) | ORDER |
| vs. | ) | |
| Alberto R. Gonzales, Attorney General, | ) | |
| Respondent. | ) | |

On August 1, 2006, Respondent filed a document entitled "Suggestion of Mootness" (Dkt. 9), which notified the Court that Petitioner was released on July 7, 2006 under an Order of Supervision. On August 16, 2006, a Report and Recommendation was filed (Dkt. 11).

The Court being fully advised,

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge (Dkt. 11);

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus is dismissed as moot.

DATED this 21st day of December, 2006.

Earl H. Carroll
United States District Judge